In the Matter of the Application of FRANK STAUDER, Appellant, against HARRY J. WORTHING, as Superintendent of Pilgrim State Hospital, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of LINDWOOD J. PUTNAM and JOHN R. FAIRBANKS, Respondents, for an Order under Article 78 of the Civil Practice Act, against JAMES MARSHALL, President, and Others, as and Constituting the Board of Education of the City of New York, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 976.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

SADIE KLEIN and Others, as Successor Trustees under a Declaration of Trust, Dated May 9, 1935, in Series 44-F of the WESTCHESTER TITLE & TRUST COMPANY, Plaintiffs, v. ERNEST SIMONS MANUFACTURING COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Taylor, J., not voting.

HOWARD KLINE, as Administrator, etc., of ELIZABETH T. KLINE, Deceased, Appellant, v. CHARLES PUNIA and Another, Respondents.— Motion for leave to appeal as a poor person and for other relief denied, without costs, on authority of *Fontheim* v. *Third Avenue Ry. Co.* (281 N. Y. 392). Motion to dismiss appeal denied on condition that appellant perfect the appeal for the September term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ALBERT B. KRAMER, as Administrator, etc., of MOLLIE KRAMER, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARY T. McCAFFRY, as Administratrix, etc., of JAMES McCAFFRY, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 452.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MORAN TOWING AND TRANSPORTATION COMPANY, Respondent, v. JOHN J. FLEMING, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 978.] The following question is certified: Was the order denying appellant's motion to modify the execution properly made? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MORAN TOWING AND TRANSPORTATION COMPANY, Respondent, v. JOHN J. FLEMING, Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, pp. 978, 979.] The following question is certified: Was the order denying appellant's motion to vacate an *ex parte* order amending an execution properly made? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

NU-BORO PARK CLEANERS, INC., Respondent, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.